**Order filed December 13, 2011, Withdrawn, Appeal Reinstated and Order filed January 12, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00558-CR

———————

**BILLY JOE GARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1291002**

# O R D E R

On December 13, 2011, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file appellant's brief.

On January 9, 2012, counsel filed a motion for extension of time to file appellant's brief and appellant's brief. The motion is GRANTED. Our order of December 13, 2011,

is WITHDRAWN. The appeal is REINSTATED. Appellee's brief is due on or before **February 13, 2012**.

PER CURIAM